IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.15-cv-00657-GPG

JAYDEE RUSSELL,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JASON LENGRICH, Warden, Buena Vista Correctional Facility, and
CYNTHIA H. COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. See D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED September 1, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

United States Magistrate Judge